**ORDERED ACCORDINGLY.**

Dated: August 11, 2009

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

TIFFANY & BOSCO P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-15546/0015204712

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Branko Pavlovic and Mildred H. Pavlovic<br>      Debtors.<br>_____<br>The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4.<br>      Movant,<br>  vs.<br><br>Branko Pavlovic and Mildred H. Pavlovic, Debtors, David M. Reaves, Trustee.<br><br>      Respondents. | No. 2:09-bk-11636-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #12) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, …

and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 30, 2005 and recorded in the office of the Maricopa County Recorder wherein The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4. is the current beneficiary and Branko Pavlovic and Mildred H. Pavlovic have an interest in, further described as:

> Records in the office of the County Recorder of Maricopa County, Arizona. recorded in Book 21 of Maps, page 20, being located in the Southwest quarter of Section 31, Township 2 South, Range 7 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, more particularly described as follows:
>
> COMMENCING at the Southeast corner of said Setion 31;
>
> THENCE South 89 Degrees 29 minutes 47 seconds West, a distance of 33.00 feet;
>
> THENCE North 00 degrees 00 minutes 00 seconds East, a distance of 33.00 feet to a point on the North right-of-way line of Hunt Highway and the West right-of-way line of Sossaman Road also being the POINT OF BEGINNING;
>
> THENCE South 89 degrees 29 minutes 47 seconds West along said North right-of-way of Hunt Highway, a distance of 135.04 feet;
>
> THENCE North 00 degrees 07 minutes 06 seconds West, a distance of 325.04 feet;
>
> THENCE North 89 degrees 29 minutes 50 seconds East, a distance of 135.71 feet to a point on the West right-of-way line, of Sossaman road;
>
> THENCE South 00 degrees 00 minutes 00 seconds East along said west right-of-way, a distance of 325.04 feet to the POINT OF BEGINNING;
>
> EXCEPT all coal and other minerals as reserved in the Patent to said land.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT