**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2:09-bk-11636-GBN |
|---|---|
| PAVLOVIC, BRANKO and PAVLOVIC, MILDRED H., | ) Chapter 7 |
| Debtors. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient address and no other address for the debtor is on file with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3001 | 3/29/11 | Branko and Mildred Pavlovic<br>19144 E. Hunt Highway<br>Queen Creek, AZ 85242 | $549.19 |

Dated this 13th day of April, 2011.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee